FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2023 MAR -8  AM 9:42

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

ALVAREZ CAPRIO COSBY
DESMOND NYSHON SMITH

CASE NO. 6:23-cr-29-PGB-DCI

18 U.S.C. § 922(g)(1)


SEALED

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 30, 2022, in the Middle District of Florida, the defendant,

ALVAREZ CAPRIO COSBY,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of a Firearm by a Delinquent, on or about February 16, 2017,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### COUNT TWO

On or about November 30, 2022, in the Middle District of Florida, the defendant,

DESMOND NYSHON SMITH,

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. Possession of a Firearm by a Delinquent, on or about February 4, 2022,

2. Resisting an Officer without Violence, on or about February 4, 2022,

3. Burglary of a Conveyance, on or about February 4, 2022,

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. The property to be forfeited includes, but is not limited to, the following: a Glock 27 pistol, .40 caliber, bearing serial number BTZK904 and a Glock 27 Generation 5 pistol, .40 caliber, bearing serial number BVAU076.

4. If any of the property described above, as a result of any act or omission of the defendants:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third party;

      c.      has been placed beyond the jurisdiction of the court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Ranganath Manthripragada
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

ALVAREZ CAPRIO COSBY
DESMOND NYSHON SMITH

## INDICTMENT

Violation:

18 U.S.C. § 922(g)

A true bill,

███████████████████████████████
Foreperson

Filed in open court this 8th day of March, 2023.

_____
Clerk

Bail   $_____

GPO 863 525